UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 8:01-cr-110-T-23TGW

NOEL NAVEJAR
_____/

## ORDER

On March 5, 2007, the United States Probation Office filed a February 27, 2007, petition for revocation of the defendant's supervised release (Doc. 221).[*] At the hearing on April 2, 2007, Assistant United States Attorney Lee Bentley represented the United States and Assistant Public Federal Defender Laurel Moore represented the defendant.

The defendant admits committing the four Grade C violations described in numbered paragraphs one through four of the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release, and the defendant's term of supervised release is **REVOKED**. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant is sentenced to eight (8) months of imprisonment with no supervised release to follow.

The defendant's oral motion for furlough is **GRANTED**. On April 2, 2007, the United States Marshal shall release the defendant at 12:00 p.m. or as soon thereafter as possible. The defendant shall surrender to the United States Marshal to commence

---

[*] The defendant having pled guilty to count four of an indictment, the court imposed a sentence on October 10, 2001, of seventy months of imprisonment and forty-eight months of supervised release.

service of his sentence by 12:00 p.m. on April 4, 2007, as directed by the United States Marshal.

ORDERED in Tampa, Florida, on ___April 2nd___, 2007.

*[signature]*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

cc: United States Marshal
United States Probation
Counsel of Record